COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Robert Fenlon v. Harris County

Appellate case number:   01-17-00877-CV

Trial court case number: 2015-42442

Trial court:             165th District Court of Harris County

The Clerk of this Court's July 17, 2018 Notice of Intent to Dismiss for Want of Jurisdiction had directed the pro se appellant, Robert Fenlon, to file a response to the appellee's motion to dismiss the appeal for want of jurisdiction as untimely with a motion for extension of time to file the notice of appeal, with a reasonable explanation. On July 19, 2018, appellant timely filed a reply to both the motion and the notice and a motion for extension of time to file the notice of appeal. Appellant's extension contends that he timely filed his first notice of appeal on October 23, 2017. Appellant also argues that, after the district clerk had informed him that he needed to request a hearing date for his motion for new trial, he received a November 10, 2017 hearing date. When appellant appeared at the hearing and was told that his motion had been overruled by operation of law, he filed his second notice of appeal on November 10, 2017.

Accordingly, the Court **DENIES** the appellee's motion to dismiss and **GRANTS** appellant's motion for extension of time to file the notice of appeal. Appellant timely filed his first notice of appeal on October 23, 2017, from the trial court's August 11, 2017 final judgment after timely filing a motion for new trial on September 8, 2017. *See* TEX. R. APP. P. 26.1(a)(1). In any event, appellant's second notice of appeal, construed as an amended notice of appeal, was timely filed within the 15-day grace period ending on November 27, 2017, and his motion provides a reasonable explanation for the one-day delay. *See id.* 4.1(a), 10.5(b)(2), 25.1(g), 26.3(b); *Hone v. Hanafin*, 104 S.W.3d 884, 886-87 (Tex. 2003).

It is so ORDERED.

Judge's signature: /s /Evelyn V. Keyes
                    ☑ Acting individually    ☐ Acting for the Court
Date: July 24, 2018